

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00239-CR

Juan Daniel **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 554313
Honorable Crystal D. Chandler, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 17, 2019.

_____
Beth Watkins, Justice